# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: June 5, 2026

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*
DALENE KELLY,                                        \*         UNPUBLISHED
                                                            \*
                   Petitioner,                          \*         No. 25-1873V
                                                            \*
v.                                                            \*         Special Master Dorsey
                                                            \*
SECRETARY OF HEALTH                       \*         Ruling on Entitlement; Concession;
AND HUMAN SERVICES,                      \*         Influenza ("Flu") Vaccine; Subcutaneous
                                                            \*         Fat Necrosis.
                   Respondent.                        \*
                                                            \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*

David John Carney, Green & Schafle LLC, Philadelphia, PA, for Petitioner.
Meghan Murphy, U.S. Department of Justice, Washington, DC, for Respondent.

## RULING ON ENTITLEMENT[1]

On November 3, 2025, Dalene Kelly ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("the Program")[2] alleging that as a result of receiving an influenza ("flu") vaccination on September 13, 2023, Petitioner suffered from a "skin disorder related to vaccine administration." Petition at Preamble (ECF No. 1).

On June 4, 2025, Respondent filed a report pursuant to Vaccine Rule 4(c) in which he concedes that Petitioner is entitled to compensation in this case for the subcutaneous fat necrosis

---

[1] Because this Ruling contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018). All citations in this Ruling to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

that developed in her left deltoid, which was caused-in-fact by her September 13, 2023 flu vaccine. Respondent's Report ("Resp. Rept.") at 1, 5 (ECF No. 21). Based on a review of the medical records, Respondent states that "[P]etitioner has satisfied all legal prerequisites for compensation under the [Vaccine] Act." Id. at 4-5.

A special master may determine whether a petitioner is entitled to compensation based upon the record as a hearing is not required. § 13; Vaccine Rule 8(d). In light of Respondent's concession and a review of the record, the undersigned finds that Petitioner is entitled to compensation. This matter shall now proceed to the damages phase.

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Special Master

2